IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN DASHAWN SMITH,              )
                                   )
          Petitioner,              )
                                   )
     v.                            )     1:13CV393
                                   )
KIERAN J. SHANAHAN,                )
                                   )
          Respondent.              )

## ORDER

On December 12, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 11 and 12.) On January 9, 2014, Petitioner filed objections to the Recommendation requesting the court "issue Petitioner a notice of appeal." (Doc. 13). Because a Recommendation has been entered, this court will construe the request to appeal as objections to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections."). This court will also construe the request as one requesting a certificate of appealability as to the issues noted by Petitioner.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has

made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's motion for summary judgment in support of his habeas corpus petition (Doc. 8) is **DENIED,** that Respondent's motion for summary judgment (Doc. 5) is **GRANTED,** and that this action is **DISMISSED with prejudice.**  A Judgment dismissing this action will be entered contemporaneously with this Order.  Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 11th day of February, 2014.

_____
                United States District Judge